

# NUMBER 13-13-00627-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**NOE ADRIAN SALINAS,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

**On appeal from the 214th District Court
of Nueces County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Perkes and Longoria
Order Per Curiam**

This cause is before the Court on appellant's fourth motion for extension of time to file the brief.  Appellant's brief was originally due to be filed on January 20, 2014, and this Court has previously granted appellant three extensions for the filing of appellant's brief in this cause.  Appellant has now filed his fourth motion requesting additional time

to file the appellate brief in this cause.

Appellant's fourth motion for extension of time to file the brief is hereby GRANTED, and the Honorable Steve Schiwetz, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before June 25, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances.

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Steve Schiwetz by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of June, 2014.